IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

UNITED STATES OF AMERICA

VS

CR NO. 7:25cr1143(1)

CHARLES WRIGHT

## PLEA

The defendant, **CHARLES WRIGHT**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Counts 1, 2, 3 of the Information after arraignment in open court.

_Charles L Wright Sr_
(Signed) Defendant

Anderson South Carolina
Date: 10/30/2025