IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-1143 |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| CHARLES WRIGHT | ) | |
| AMOS DURHAM | ) | |
| LAWSON B. WATSON | ) | |

Assistant United States Attorney, Daniel B Elliott, hereby files this Notice of Appearance in the above-captioned case.

                                      BRYAN P. STIRLING
                                      UNITED STATES ATTORNEY

                                By:  s/Elliott B. Daniels
                                        Elliott B. Daniels (#11931)
                                        Assistant U. S. Attorney
                                        1441 Main Street, Suite 500
                                        Columbia, SC 29201
                                        803-929-3000
                                        Elliott.daniels@usdoj.gov

January 30, 2026