IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-cr-1143-TMC |
| | ) | |
| v. | ) | |
| | ) | |
| **CHARLES WRIGHT** | ) | |

## Stipulation as to Sentencing Guidelines
## as to Defendant Charles Wright

The defendant Charles Wright and the Government, by and through the undersigned,

stipulate and agree to the following for purposes of sentencing and for the purposes of calculating

the Defendant's advisory sentence range pursuant to the United States Sentencing Commission

Guidelines:

A. That for the purposes of calculating the advisory sentence range pursuant to the United States Sentencing Commission Guidelines, the parties stipulate that $228,240 is the appropriate loss amount within the meaning of §2B1.1(b)(1).

B. That for the purposes of restitution, the parties agree that restitution in a total amount of $462,866.06 is appropriate, consisting of $112,980.84 as to Count 1 and $349,885.22 as to Count 2. Mr. Wright has already paid $28,240 to the Spartanburg County Foundation in anticipation of the Court's restitution order, likely to be imposed at sentencing.

C. That based on the stipulated loss set forth above, a total offense level of 20, and a criminal history category of I, the parties agree that the guideline range is 33 to 41 months imprisonment. The parties reserve the right to challenge that advisory guideline range based on any objections that are not related to the loss amount.

The parties understand that these stipulations are not binding upon the Court or the United

States Probation Office.

*< signature block to follow >*

June 17, 2024
Date

June 17, 2026

June 17, 2026
Date

_Charles L Wright Jr_
**CHARLES WRIGHT**
Defendant

_____
Greg P. Harris, Esquire
Trey Gowdy, Esquire
Attorneys for the Defendant


BRYAN P. STIRLING
UNITED STATES ATTORNEY

6/13/26
Date

_____
Elliott B. Daniels (Fed. No. 11931)
Assistant United States Attorney