IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-cr-1143-TMC |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| **LAWSON B. WATSON** | ) | |

### Stipulation as to Sentencing Guidelines
### as to Defendant Lawson B. Watson

The defendant Lawson B. Watson and the Government1, by and through the undersigned,

stipulate and agree to the following for purposes of sentencing and for the purposes of calculating

the Defendant's advisory sentence range pursuant to the United States Sentencing Commission

Guidelines:

A. That for the purposes of calculating the advisory sentence range pursuant to the United States Sentencing Commission Guidelines, the parties stipulate that $200,000 is the appropriate loss amount within the meaning of §2B1.1(b)(1).

B. That for the purposes of restitution, the parties agree that restitution in the amount of $349,885.22 is appropriate, all of which is attributable to Count 2.

C. That based on the stipulated loss set forth above, a total offense level of 12, and a criminal history category of I, the parties agree that the guideline range is 10 to 16 months imprisonment. The parties reserve the right to challenge that advisory guideline range based on any objections that are not related to the loss amount.

The parties understand that these stipulations are not binding upon the Court or the United

States Probation Office.

---

[1] The Government respectfully submits this as its response to ECF No. 67, in which the Court directed the Government to provide clarity as to its position on loss given an objection to the PSR filed by Watson. The Government will address loss in its sentencing memoranda and will provide support for each of the positions herein on the record at sentencing.

10/17/2026
Date

Lawson B. Watson
Lawson B. Watson
Defendant

6/17/2026
Date

Beattie B Ashmore, Esquire
Attorney for the Defendant

BRYAN P. STIRLING
UNITED STATES ATTORNEY

6/18/26
Date

Elliott B. Daniels (Fed. No. 11931)
Assistant United States Attorney