IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

UNITED STATES OF AMERICA  )    CRIMINAL NO. 7:25-cr-1143-TMC
 )
v.  )
 )
**AMOS DURHAM**  )

### Stipulation as to Sentencing Guidelines
### as to Defendant Amos Durham

The defendant Amos Durham and the Government, by and through the undersigned,

stipulate and agree to the following for purposes of sentencing and for the purpose of calculating

the Defendant's advisory sentence range pursuant to the United States Sentencing Commission

Guidelines:

- A. That for purposes of calculating the advisory sentence range pursuant to the United States Sentencing Commission Guidelines, the parties stipulate that $28,240 is the appropriate loss amount within the meaning of §2B1.1(b)(1).

- B. That for the purposes of restitution, the parties agree that restitution in the amount of $95,442.39, which is attributable to Count 1.

- C. That based on the stipulated loss set forth above, a total offense level of 10, and a criminal history category of I, the parties agree that the guideline range is 6 to 12 months imprisonment. The parties reserve the right to challenge that advisory guideline range based on any objections that are not related to the loss amount.

The parties understand that these stipulations are not binding upon the Court or the

United States Probation Office.

*< signature block to follow >*

6/18/26  
Date

Amos Durham  
Defendant

6/18/26  
Date

Frank L. Epps, Esquire  
Attorney for the Defendant

BRYAN P. STIRLING  
UNITED STATES ATTORNEY

6/13/26  
Date

Elliott B. Daniels (Fed. No. 11931)  
Assistant United States Attorney